Maria–Kelley F. YNIGUEZ; Jaime P. Gutierrez, Plaintiffs–Appellees,

and

State of Arizona; Rose Mofford; Robert Corbin, et al., Defendants–Appellees,

v.

ARIZONANS FOR OFFICIAL ENGLISH; Robert D. Park, Intervenors–Defendants–Appellants.

Maria–Kelley F. YNIGUEZ, Plaintiff–Appellee,

v.

STATE OF ARIZONA; Rose Mofford; Robert Corbin, et al., Defendants–Appellants.

Nos. 92–17087, 93–15061 and 93–15719.

United States Court of Appeals, Ninth Circuit.

July 18, 1997.

On Remand from the United States Supreme Court.

Before FLETCHER, REINHARDT and O'SCANNLAIN, Circuit Judges.

### ORDER

This case is remanded to the district court with instructions to dismiss, in accordance with *Arizonans for Official English v. Arizona,* —— U.S. ——, 117 S.Ct. 1055, 137 L.Ed.2d 170 (1997). The pending attorneys fees request is also remanded to the district court for appropriate action.

Jose Napolean SANTAMARIA, Plaintiff–Appellee,

v.

Don HORSLEY, Sheriff, Defendant–Appellant.

No. 95–16991.

United States Court of Appeals, Ninth Circuit.

Aug. 6, 1997.

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.